IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.   CAUSE NO. 4:21-cr-00040-MPM-JMV

AURELIUS MARCUS MILLER

ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW
AS COUNSEL OF RECORD

This matter is before the Court on motion of counsel Merrill K. Nordstrom of the Federal Public Defender's Office to withdraw from representation of Defendant, Aurelius Marcus Miller, in the above-referenced matter [13]. The record indicates the Hon. Michael S. Carr has entered an appearance as retained counsel for Defendant. As such, the Court finds the motion should be granted upon the condition that Attorney Nordstrom serve Defendant with a copy of the instant motion and this order within three (3) business days of this date.

IT IS, THEREFORE, ORDERED that Merrill K. Nordstrom of the Federal Public Defender's Office is granted leave to withdraw as counsel of record for Defendant, Aurelius Marcus Miller, upon the condition that said attorney serve Defendant with a copy of the instant motion and this order within three (3) business days of this date. Upon timely filing proof of service of the motion and order, Attorney Nordstrom shall be relieved of further responsibility in the above-referenced matter.

SO ORDERED, this the 3rd day of June, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE